**DENIED and Opinion Filed April 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00461-CV

## IN RE FLORES FRAMING CONSTRUCTION, LLC, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04416-E**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

In this petition for writ of mandamus arising from a personal injury case, relator requests that the Court order the trial court to amend its March 16, 2015 order denying relator's motion for permissive interlocutory appeal so that the order "expressly rules on the controlling legal questions of this case" and grants permission for an interlocutory appeal from the trial court's order denying summary judgment. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not met those requirements. We deny the petition.

/Lana Myers/
150461F.P05                                 LANA MYERS
                                            JUSTICE